MICHAEL G. DOAN, SBN 175649
DOAN LAW FIRM, LLP
2850 PIO PICO DRIVE, SUITE D
CARLSBAD, CALIFORNIA 92008
(760) 450-3333 TELEPHONE
mike@doanlaw.com

ATTORNEYS FOR PLAINTIFF

FILED
08 MAR 14 AM 10:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JEAN CRUZ,<br>Plaintiff,<br>v.<br>GMAC MORTGAGE LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and Does 1 through 10 Inclusive,<br>Defendants. | CASE NO.: '08 CV 0474 LAB JMA<br><br>**VIOLATIONS UNDER THE FAIR CREDIT REPORTING ACT (FCRA) [15 USC 1681 et seq] and DEFAMATION**<br><br>**DEMAND: $10,000, Attorney Fees and Costs, Punitive Damages, Declaratory and Injunctive Relief**<br><br>**JURY TRIAL DEMANDED** |

The Plaintiff PAMELA JEAN CRUZ, (hereafter "CRUZ") by attorneys Doan Law Firm, LLP, as and for the complaint against the defendants GMAC MORTGAGE LLC(hereafter "GMAC"), and EXPERIAN INFORMATION SOLUTIONS, INC., (hereafter "Experian"), alleges as follows, upon information and belief:

# I.

# PRELIMINARY STATEMENT

1. This is an action for actual, statutory and punitive damages and statutory attorney's fees brought pursuant to the Fair Credit Reporting Act ("FCRA")(15 USC § 1681 et seq.) In addition, CRUZ seeks actual and punitive damages on her common law pendant state claims for defamation, and a declaration from the court that no personal liability exists on the account, and an injunction barring GMAC from continuing to report the account without Bankruptcy Notation.

2. GMAC violated the FCRA by failing to conduct a proper investigation of CRUZ'S disputes filed with the credit reporting agency defendants. Those disputes claimed that the CRUZ was not liable for the account as a result of a Bankruptcy Discharge. GMAC failed to review all relevant information purportedly provided to it by such credit reporting agency defendants and it failed to direct such consumer reporting agencies to update inaccurate information about CRUZ from the files maintained by them.

3. In addition, GMAC willfully and maliciously defamed CRUZ by repeatedly verifying false information about CRUZ to various third parties which it knew, or reasonably should have known, was false. As a result of such actions and conduct, CRUZ suffered damage, which recovery is permitted in this action and CRUZ is also entitled to an award of punitive damages.

4. The credit reporting agency defendant, Experian violated the FCRA by failing to follow reasonable procedures to assure maximum possible accuracy when preparing credit reports purportedly concerning CRUZ. Experian also violated the FCRA by repeatedly issuing credit reports to various third-parties, purportedly pertaining to CRUZ, which contained an erroneous tradeline entry which failed to disclose GMAC'S balance as $0.00 and discharged in Bankruptcy, despite having received actual notice of the same.

5. Experian repeatedly violated their obligation under the FCRA properly investigate disputed items in CRUZ'S credit file maintained by them.

6. Experian defamed CRUZ and violated CRUZ'S privacy by repeatedly publishing to

third-parties information purportedly about CRUZ which was false and which caused CRUZ to suffer injury.

7. Experian provided CRUZ'S credit report, containing erroneous information, to third-parties, who then used such reports to make creditworthiness determinations about CRUZ and, as a result, CRUZ'S credit score was adversely affected and current credit standing was adversely affected.

8. Experian willfully violated various provisions of the FCRA, as set forth herein, and CRUZ is thereby entitled to an award of punitive damages pursuant to the FCRA.

9. Experian also willfully and maliciously defamed CRUZ by repeatedly reporting information about CRUZ to various third parties which they knew, or reasonably should have known, was false. As a result of such actions and conduct CRUZ suffered damage and is also entitled to an award of punitive damages.

10. CRUZ further alleges that as a direct and proximate result of the each of the defendants' actions, conduct and omissions she suffered actual damage including, but not limited to, damage to existing credit accounts, damage to reputation, emotional distress, annoyance, aggravation, frustration, and legal fees to secure the defendants' compliance with the FCRA

## II.

## JURISDICTION AND VENUE

11. Jurisdiction of this Court arises under 28 USC 1331 and pursuant to 15 USC 1681(p).

12. The claims herein arise from a common nucleus of operative facts, and are best dealt with in one Court in the interests of judicial economy, fairness, convenience, and efficient resolution. Accordingly this Court has supplemental jurisdiction of the state law claims asserted herein under 28 U.S.C. § 1367(a) and pendant jurisdiction over the state common law claims asserted herein..

13. Venue in this District is proper in that the Defendants transact business San Diego County and the conduct complained of occurred here and is properly laid pursuant to 28 U.S.C. § 1391(b).

## III.

## PARTIES

14. Plaintiff CRUZ is a natural person residing in San Diego County, California.

15. CRUZ is a "consumer" within the meaning of the FCRA [15 U.S.C. § 1681a(c)].

16. Defendant GMAC is a California LLC duly authorized and qualified to do business in the State of California.

17. GMAC is a "furnisher of information" within the meaning of the FCRA [15 U.S.C. § 1681s-2 et seq.].

18. Defendant Experian is an Ohio corporation, duly authorized and qualified to do business in the State of California.

19. Experian is a "consumer reporting agency" within the meaning of the FCRA [15 U.S.C. § 1681a(f)].

20. GMAC, Experian, and DOES are all entities or individuals who contributed to or participated in, or authorized the acts or conspired with the named GMAC to commit the acts and do the things complained of which caused the injuries and damages to CRUZ as set forth below. Each of the parties, named and fictitious, acted as principal and agent, each of the other, and combined and concurred each with the other in committing the acts that injured the CRUZ. When the true names of the DOES are ascertained they will be substituted in.

## IV.

## FACTS

21. CRUZ incurred a debt with GMAC sometime prior to filing for bankruptcy protection.

22. CRUZ never reaffirmed the account with GMAC.

23. GMAC never had the debt deemed non-dischargeable under 11 USC 523 of the Bankruptcy Code.

24. GMAC was notified of both the bankruptcy commencement and bankruptcy discharge by two separate written notices from the Bankruptcy Noticing Center out of Herndon,

Virginia.

25. The underlying debt in the amount of $90,803.00 to GMAC was discharged by a Chapter 7 Bankruptcy on October 10, 2007.

26. CRUZ no longer personally owes GMAC $90,803.00.

27. GMAC admits that CRUZ no longer personally owes it $90,803.00.

28. Despite the forgoing, GMAC failed to update their reporting to Experian to reflect that CRUZ no longer personally owed $90,803.00 after Discharge.

29. Because CRUZ no longer personally owed GMAC $90,803.00, CRUZ sent a dispute letter to Experian, on or about October 15, 2007, as evidenced by Exhibit "A" incorporated herein by reference.

30. To further assist Experian's investigation of the dispute, CRUZ also provided Experian copies of the bankruptcy discharge and list of all creditors subject to said discharge.

31. The dispute letter requested, inter alia, that it conduct an investigation of, and update all inaccuracies regarding the GMAC account to properly reflect the following:

*1) "Current Balance" of "$0.00"*

*2) "Account Status" of "$0.00 balance/closed account,"*

*3) "Amount Past Due" of "$0.00,"*

*4) "FCRA Compliance/Delinquency Date" as of date of discharge, and*

*5) "Payment History Profile" must no longer reflect payment history and default.*

32. On or about November 3, 2007, Experian sent CRUZ an updated report(report number 0174957444) after it had investigated the dispute.

33. The updated report continues to report that CRUZ still remains personally liable to GMAC for $90,803.00, as evidenced by Exhibit "B" incorporated herein by reference.

34. As a result, CRUZ has suffered, and will continue to suffer, damages.

## V.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION: GMAC

### VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA

35. CRUZ repeats, re-alleges, and incorporates by reference all of the paragraphs above as though fully stated herein.

36. After receiving the dispute letter from CRUZ, Experian contacted GMAC.

37. After being informed by Experian that the CRUZ disputed the accuracy of the information it was providing, GMAC negligently failed to conduct a proper investigation of the disputed account information, and negligently failed to update to Experian the bankruptcy status of the account as required by 15 U.S.C. § 1681s-2(b)(A).

38. GMAC negligently failed to review all relevant information purportedly provided by Experian in conducting its investigation, as required by 15 U.S.C. § 1681s-2(b)(B).

39. GMAC negligently failed to direct Experian to delete and/or update the inaccurate information, as required by 15 U.S.C. § 1681s-2(b)(c)..

40. CRUZ has a private right of action to assert claims against GMAC arising under 15 U.S.C. § 1681s-2(b).

41. GMAC is liable to the CRUZ for the actual damages sustained by reason of its violation of the FCRA, in an amount to be determined by the trier of fact, together with reasonable attorney's fees, and may recover therefore pursuant to 15 U.S.C. § 1681o.

### SECOND CAUSE OF ACTION: GMAC

### VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA

42. CRUZ repeats and realleges each and every allegation set forth above as if reasserted and realleged herein.

43. After being informed by Experian that the CRUZ disputed the accuracy of the information it was providing, GMAC willfully failed to conduct a proper investigation of

the CRUZ's dispute, and willfully failed to update to Experian the bankruptcy status of the account, as required by 15 U.S.C. § 1681s-2(b)(A).

44. GMAC willfully failed to review all relevant information purportedly provided by Experian in conducting its investigation, as required by 15 U.S.C. § 1681s-2(b)(B).

45. GMAC willfully failed to direct such consumer reporting agencies to delete inaccurate information about CRUZ pertaining to the Account as required by 15 U.S.C. § 1681s-2(b)(c).

46. CRUZ has a private right of action to assert claims against GMAC arising under 15 U.S.C. § 1681s-2(b).

47. GMAC is liable to the CRUZ for the actual damages sustained by reason of its violation of the FCRA, in an amount to be determined by the trier of fact, together with an award of punitive damages in an amount to be determined by the trier of fact, as well as reasonable attorney's fees, and may recover therefore pursuant to 15 U.S.C. § 1681n.

**THIRD CAUSE OF ACTION: GMAC**

**DEFAMATION**

48. CRUZ repeats and realleges each and every allegation set forth above as if reasserted and realleged herein.

49. GMAC maliciously defamed the CRUZ by its knowing publication to third-parties of erroneous and false information concerning the account.

50. GMAC had actual knowledge of the false and fraudulent nature of such information and published it despite having such knowledge.

51. GMAC'S actual knowledge of the falsity and reckless disregard for the truth demonstrates its malice and/or willful intent to injure the CRUZ.

52. As a direct and proximate result of such conduct, the CRUZ suffered actual damages as set forth herein.

53. GMAC is liable to the CRUZ for the actual damages she has sustained by reason of such conduct.

54. The CRUZ is entitled to an award of punitive damages from GMAC in an amount sufficient to punish it for its conduct as well as to serve as a deterrent to it and to others to prevent the occurrence of such egregious conduct in the future.

**FOURTH CAUSE OF ACTION: GMAC**

**DECLARATORY RELIEF**

55. CRUZ repeats and realleges each and every allegation set forth above as if reasserted and realleged herein.

56. CRUZ is entitled to a declaration by the Court, pursuant to 28 USC § 2201, that there is no personal liability to GMAC on the account.

57. GMAC'S continued reporting of the account to the three national credit bureaus has caused CRUZ to suffer harm. Such harm will continue unless and until GMAC is enjoined from continuing to report to third-parties that CRUZ is liable for payment on the account.

58. CRUZ is entitled to an injunction directing GMAC to correct its records so as to update the account with Bankruptcy Information and to refrain from advising any third parties that CRUZ is liable for payment on the account.

**FIRST CAUSE OF ACTION: EXPERIAN**

**VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA**

59. CRUZ repeats and realleges each and every allegation set forth above as if reasserted and realleged herein.

60. Experian prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports regarding CRUZ, as that term is defined in 15 U.S.C. § 1681a(d).

61. Such reports contained information about the account that was false, misleading, and inaccurate.

62. Experian negligently failed to maintain and/or follow reasonable procedures to assure

maximum possible accuracy of the information it reported to one or more third parties pertaining to CRUZ, in violation of 15 U.S.C. §1681e(b).

63. As a direct and proximate result of such conduct, CRUZ suffered actual damages.

64. Experian is liable to CRUZ for the actual damages sustained by reason of such conduct, in an amount to be determined by the trier of fact, as well as reasonable attorney's fees, and may recover therefore pursuant to 15 U.S.C. § 1681o.

**SECOND CAUSE OF ACTION: EXPERIAN**

**VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA**

65. CRUZ repeats and realleges each and every allegation set forth above as if reasserted and realleged herein.

66. Experian prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports regarding CRUZ, as that term is defined in 15 U.S.C. § 1681a(d).

67. Such reports contained information about the account that was false, misleading, and inaccurate.

68. Experian willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to CRUZ or in credit reports supplied to third parties, in violation of 15 U.S.C. § 1681e(b).

69. As a direct and proximate result of such conduct, CRUZ suffered actual damages.

70. Experian is liable to CRUZ for the actual damages sustained by reason of such conduct, in an amount to be determined by the trier of fact, together with punitive damages in an amount to be determined by the trier of fact, as well as reasonable attorney's fees, and may recover therefore pursuant to 15 U.S.C. § 1681n.

**THIRD CAUSE OF ACTION: EXPERIAN**

**VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA**

71. CRUZ repeats and realleges each and every allegation set forth above as if reasserted and realleged herein.

72. Experian negligently failed to adopt and/or follow reasonable procedures to insure the proper reinvestigation, accuracy, deletion, and/or permanent suppression of inaccurate information appearing in CRUZ'S consumer reports as contained in its files pertaining to CRUZ or in credit reports supplied to third parties in violation of 15 U.S.C. § 1681i.

73. As a direct and proximate result of such conduct, CRUZ suffered actual damages.

74. Experian is liable to CRUZ for the actual damages sustained by reason of such conduct, in an amount to be determined by the trier of fact, as well as reasonable attorney's fees, and may recover therefore pursuant to 15 U.S.C. § 1681o.

**FOURTH CAUSE OF ACTION: EXPERIAN**

**VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA**

75. The plaintiff repeats and realleges each and every allegation set forth above as if reasserted and realleged herein.

76. Experian willfully failed to adopt and/or follow reasonable procedures to insure the proper reinvestigation, accuracy, deletion and/or permanent suppression of inaccurate information appearing in CRUZ'S consumer reports as contained in its files pertaining to CRUZ or in credit reports supplied to third parties in violation of 15 U.S.C. § 1681i.

77. As a direct and proximate result of such conduct, CRUZ suffered actual damages.

78. Experian is liable to CRUZ for the actual damages sustained by reason of such conduct, in an amount to be determined by the trier of fact, together with punitive damages in an amount to be determined by the trier of fact, as well as reasonable attorney's fees, and may recover therefore pursuant to 15 U.S.C. § 1681n.

**FIFTH CAUSE OF ACTION: EXPERIAN**

**VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA**

79. The plaintiff repeats and realleges each and every allegation set forth above as if reasserted and realleged herein.

80. Experian maliciously defamed CRUZ by its knowing publication to third-parties reports containing the account, and the fact that it was not discharged in bankruptcy, with a balance remaining, and enforceable personally against CRUZ.

81. Experian had actual knowledge of the false, inaccurate and misleading nature of such information and published it despite having such knowledge.

82. Experian's actual knowledge of the falsity and reckless disregard for the truth demonstrates its malice and/or willful intent to injure CRUZ.

83. As a direct and proximate result of such conduct, CRUZ suffered actual damages as set forth herein.

84. Experian is liable to CRUZ for the actual damages sustained by reason of such conduct.

85. CRUZ is entitled to an award of punitive damages from Experian in an amount sufficient to punish it for its conduct as well as to serve as a deterrent to it and to other to prevent the occurrence of such egregious conduct in the future.

**VI.**

**PRAYERS FOR RELIEF**

WHEREFORE, CRUZ demands judgment against GMAC and Experian on the claims set forth above, together with the interest, costs, disbursements of this action and such other relief as may be just.

Dated: March 13, 2008

Respectfully submitted,

**DOAN LAW FIRM, LLP**

By: ______________________

MICHAEL G. DOAN, Attorney for CRUZ

# EXHIBIT A

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian Information Solutions
attn: Supervisor, Legal Dept.
701 Experian Parkway
P.O. Box 1240
Allen, TX 75013

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X EXPERIAN
701 EXPERIAN PARK
☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

OCT 2 3 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[illegible]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7007 0220 0000 5916 9936

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Pamela J. Cruz
1829 Avenida Sevilla
Oceanside, Ca 92056

DOAN, LEVINSON & LILJEGREN, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, California 92008
Phone (760) 450-3333 • Fax (760) 720-6082
dllfirm.com

October 15, 2007

Experian Information Solutions
Attn: Supervisor, Legal Department
701 Experian Parkway
PO Box 1240
Allen, Texas 75013

Re: Pamela Jean Cruz
Bankruptcy Chapter 7
Bankruptcy File Date: June 29, 2007
Bankruptcy Case No: 07-03493
Social Security No: xxx-xx-0877

Dear Sir or Madam:

As you may be aware, this office represents the above debtor(s) with respect to a Chapter 7 Bankruptcy Case wherein discharge was entered. Enclosed you will find our Firm and Attorney of Record designated under the Debtor(s)' name on the Certificate of Service.

The enclosed copy of the Order of Discharge as well as the Certificate of Service now provide evidence of all such creditors whose debts were discharged on October 10, 2007. Please update the subject credit file(s) to reflect the discharged status on all accounts reported to you. Pursuant to the Fair Credit Reporting Act and the Regulations, FTC Commentary, CDIA Guidelines, METRO2, Fair Credit Reporting Act, California Fair Credit Reporting Act, Fair Debt Collection Practices Act, and Discharge Injunction of 11 USC 524, you must now report the following on all affected accounts:

1) **"Current Balance" of "$0.00"**
2) **"Account Status" of "$0.00 balance/closed account,"**
3) **"Amount Past Due" of "$0.00,"**
4) **"FCRA Compliance/Delinquency Date" as October 10, 2007(date of discharge), and**
5) **"Payment History Profile" must no longer reflect payment history and default.**

To the extent that any of the discharged debts are reporting anything other than as disclosed above, please consider this letter as a Dispute under the Fair Credit Reporting Act and a request that you immediately activate the Automated Dispute Resolution System Program with respect to this written notice.

In order to facilitate such investigations on the disputed items, you are also requested to forward this letter, and the enclosures, to each of the creditors listed above. If for any reason you decline to send a copy of this letter and the enclosures to any of the creditors, please advise immediately.

Thank you for your assistance with this matter.

Sincerely,

Jeffrey Larkin, Attorney at Law
Attorney for Debtor(s)

enclosures: Discharge Order and Certificate of Service

B18
Rev. 10/05

# United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Telephone: 619-557-5620
Website: www.casb.uscourts.gov
Hours: 9:00am-4:00pm Monday-Friday

In re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Pamela Jean Cruz**
1829 Avenida Sevilla
Oceanside, CA 92056
xxx-xx-0877
*Debtor Aliases:* Pamela Gervasoni;Pamela Cruz

Case number: 07-03493-LA7
Chapter: 7
Judge Louise DeCarl Adler

**Discharge of Debtor**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under §727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 10/10/07

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

FORM B18 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans. (applies to cases filed on or after 10/17/2005)

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0974-3 User: admin Page 1 of 1 Date Rcvd: Oct 10, 2007
Case: 07-03493 Form ID: b18 Total Served: 29

The following entities were served by first class mail on Oct 12, 2007.

| | |
|---|---|
| db | +Pamela Jean Cruz, 1829 Avenida Sevilla, Oceanside, CA 92056-6213 |
| aty | +Jeffrey D. Larkin, Doan, Levinson & Liljegren, LLP, 2850 Pio Pico Dr., Suite D, Carlsbad, CA 92008-1555 |
| aty | +Michael G. Doan, Doan, Levinson & Liljegren, LLP, Doan, Law and Professional Terrace, 2850 Pio Pico Drive, Ste D, Carlsbad, CA 92008-1555 |
| tr | +Nancy Wolf, P.O. Box 420448, San Diego, CA 92142-0448 |
| smg | +Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | +Dun & Bradstreet, Attn: Public Records, Maryanne Bachert, 899 Eaton Ave., Bethlehem, PA 18025-0025 |
| smg | +Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | +State Board of Equalization, P.O. Box 942879, Sacramento, CA 94279-0001 |
| 9134668 | +American Medical Response, PO Box 60000, San Francisco, CA 94160-0001 |
| 9134670 | +Chase Home Loans, P.O. Box 78116, Phoenix, AZ 85062-8116 |
| 9134672 | +Cost Plus World MA/GEMB, PO Box 981439, El Paso, TX 79998-1439 |
| 9134673 | +GMAC Mortgage, 3451 Hammond Avenue, P.O. Box 780, Waterloo, IA 50704-0780 |
| 9184112 | +HOUSEHOLD BANK (SB), N,A,, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 9134674 | +HSBC Best Buy, PO Box 15521, Wilmington, DE 19850-5521 |
| 9134676 | +Placer County Assessor, PO Box 7790, Auburn, CA 95604-7790 |
| 9134677 | Sutter Connect, PO Box 255448, Napavine, WA 98565 |
| 9134678 | +The City of Lincoln, 640 5th Street, Lincoln, CA 95648-1878 |
| 9134679 | +The home depot/CBSD, P.O. Box 6003, Hagerstown, MD 21747-6003 |
| 9134681 | +Tri City Medical Center, File 53706, Los Angeles, CA 90074-0001 |
| 9134683 | +USAA Federal Savings Bank, PO Box 660986, Sacramento, CA 95866-0986 |
| 9134684 | +Wells Fargo Bank, P.O. Box 5445, Portland, OR 97228-5445 |

The following entities were served by electronic transmission on Oct 11, 2007.

| | |
|---|---|
| smg | EDI: CALTAX.COM Oct 11 2007 04:50:00 Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | E-mail/PDF: ustp.region15@usdoj.gov Oct 11 2007 08:00:21 Office of the U.S. Trustee, 402 West Broadway, Ste. 600, San Diego, CA 92101-8511 |
| ust | +E-mail/PDF: ustp.region15@usdoj.gov Oct 11 2007 08:00:21 United States Trustee, Office of the U.S. Trustee, 402 West Broadway, Sute 600, San Diego, CA 92101-8511 |
| 9134669 | +EDI: BANKAMER.COM Oct 11 2007 04:50:00 Bank of America, 1000 Samoset, Wilmington, DE 19884-2211 |
| 9134671 | +EDI: CHASE.COM Oct 11 2007 04:50:00 Chase/Circuit City, 225 Chastain Meadows CT NW, Kennesaw, GA 30144-5841 |
| 9134674 | +EDI: HFC.COM Oct 11 2007 04:50:00 HSBC Best Buy, PO Box 15521, Wilmington, DE 19850-5521 |
| 9134675 | +EDI: CBSKOHLS.COM Oct 11 2007 04:50:00 Kohls/Chase, N56W17000 Ridgewood, Menomonee Falls, WI 53051-5660 |
| 9134680 | +EDI: WTRRNBANK.COM Oct 11 2007 04:50:00 TNB-Target, PO Box 673, Mailstop 6CA, Minneapolis, MN 55440-0673 |
| 9134682 | +EDI: USAA.COM Oct 11 2007 04:50:00 USAA Credit Card Services, 10750 Mcdermott Fwy, San Antonio, TX 78288-1600 |
| 9134684 | +EDI: WFFC.COM Oct 11 2007 04:50:00 Wells Fargo Bank, P.O. Box 5445, Portland, OR 97228-5445 |

TOTAL: 10

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

ust UST

TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 12, 2007** **Signature:** Joseph Speetjens

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/05) Case Number 07-03493-LA7

# UNITED STATES BANKRUPTCY COURT
Southern District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/29/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Pamela Jean Cruz
aka Pamela Gervasoni, aka Pamela Cruz
1829 Avenida Sevilla
Oceanside, CA 92056

| | |
|---|---|
| Case Number:<br>07-03493-LA7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-0877 |
| Attorney for Debtor(s) (name and address):<br>Jeffrey D. Larkin<br>Doan, Levinson & Liljegren, LLP<br>2850 Pio Pico Dr., Suite D<br>Carlsbad, CA 92008<br>Telephone number: 760-450-3333 | Bankruptcy Trustee (name and address):<br>Nancy Wolf<br>P.O. Box 420448<br>San Diego, CA 92142<br>Telephone number: (619) 239-9653 |

## Meeting of Creditors

Date: **August 9, 2007** Time: **08:30 AM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. entrance), Suite 630, San Diego, CA 92101**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/9/07**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991<br>Telephone number: 619-557-5620<br>Website: www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: 7/2/07 |

# EXPLANATIONS

FORM B9A (12/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

— Refer to Other Side for Important Deadlines and Notices —

United States Bankruptcy Court
Southern District of California

Case Number
07-03493-LA7

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above-referenced case on 6/29/07, the following person is named Interim Trustee of the estate of the debtor:

Nancy Wolf
P.O. Box 420448
San Diego, CA 92142

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 15 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/PDF&Downloads/GUIDELINES.PDF

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to Interim Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by Interim Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or creditors.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 45 days from the conclusion of the 341(a) meeting.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619-557-5013.

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Southern District of California

Dated: 7/2/07

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0974-3 User: tbobis Page 1 of 1 Date Rcvd: Jul 03, 2007
Case: 07-03493 Form ID: b9a Total Served: 27

The following entities were served by first class mail on Jul 04, 2007.

| | |
|---|---|
| db | +Pamela Jean Cruz, 1829 Avenida Sevilla, Oceanside, CA 92056-6213 |
| aty | +Jeffrey D. Larkin, Doan, Levinson & Liljegren, LLP, 2850 Pio Pico Dr., Suite D, Carlsbad, CA 92008-1555 |
| tr | +Nancy Wolf, P.O. Box 420448, San Diego, CA 92142-0448 |
| smg | +Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | +Dun & Bradstreet, Attn: Public Records, Maryanne Bachert, 899 Eaton Ave., Bethlehem, PA 18025-0025 |
| smg | +Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | +State Board of Equalization, P.O. Box 942879, Sacramento, CA 94279-0001 |
| 9134668 | +American Medical Response, PO Box 60000, San Francisco, CA 94160-0001 |
| 9134670 | +Chase Home Loans, P.O. Box 78116, Phoenix, AZ 85062-8116 |
| 9134672 | +Cost Plus World MA/GEMB, PO Box 981439, El Paso, TX 79998-1439 |
| 9134673 | +GMAC Mortgage, 3451 Hammond Avenue, P.O. Box 780, Waterloo, IA 50704-0780 |
| 9134674 | +HSBC Best Buy, PO Box 15521, Wilmington, DE 19850-5521 |
| 9134676 | +Placer County Assessor, PO Box 7790, Auburn, CA 95604-7790 |
| 9134677 | Sutter Connect, PO Box 255448, Napavine, WA 98565 |
| 9134678 | +The City of Lincoln, 640 5th Street, Lincoln, CA 95648-1878 |
| 9134679 | +The home depot/CBSD, P.O. Box 6003, Hagerstown, MD 21747-6003 |
| 9134681 | +Tri City Medical Center, File 53706, Los Angeles, CA 90074-0001 |
| 9134683 | +USAA Federal Savings Bank, PO Box 660986, Sacramento, CA 95866-0986 |
| 9134684 | +Wells Fargo Bank, P.O. Box 5445, Portland, OR 97228-5445 |

The following entities were served by electronic transmission on Jul 03, 2007.

| | |
|---|---|
| smg | EDI: CALTAX.COM Jul 03 2007 04:41:00 Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | E-mail/PDF: ustp.region15@usdoj.gov Jul 03 2007 08:48:06 Office of the U.S. Trustee, 402 West Broadway, Ste. 600, San Diego, CA 92101-8511 |
| ust | +E-mail/PDF: ustp.region15@usdoj.gov Jul 03 2007 08:48:06 United States Trustee, Office of the U.S. Trustee, 402 West Broadway, Sute 600, San Diego, CA 92101-8511 |
| 9134669 | +EDI: BANKAMER.COM Jul 03 2007 04:40:00 Bank of America, 1000 Samoset, Wilmington, DE 19884-2211 |
| 9134671 | +EDI: CHASE.COM Jul 03 2007 04:40:00 Chase/Circuit City, 225 Chastain Meadows CT NW, Kennesaw, GA 30144-5841 |
| 9134674 | +EDI: HFC.COM Jul 03 2007 04:40:00 HSBC Best Buy, PO Box 15521, Wilmington, DE 19850-5521 |
| 9134675 | +EDI: CBSKOHLS.COM Jul 03 2007 04:41:00 Kohls/Chase, N56W17000 Ridgewood, Menomonee Falls, WI 53051-5660 |
| 9134680 | +EDI: WTRRNBANK.COM Jul 03 2007 04:41:00 TNB-Target, PO Box 673, Mailstop 6CA, Minneapolis, MN 55440-0673 |
| 9134682 | +EDI: USAA.COM Jul 03 2007 04:40:00 USAA Credit Card Services, 10750 Mcdermott Fwy, San Antonio, TX 78288-1600 |
| 9134684 | +EDI: WFFC.COM Jul 03 2007 04:40:00 Wells Fargo Bank, P.O. Box 5445, Portland, OR 97228-5445 |

TOTAL: 10

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2007** **Signature:** Joseph Speetjens

PRESORTED
STANDARD

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.25$^{5}$
0004214914
MAILED FROM ZIP CODE 92126

JCKZDM9 92056

# EXHIBIT B

Experian
A world of insight

**Prepared for**
PAMELA J CRUZ
**Report number**
0174957444

**Report date**
November 03, 2007
**www.experian.com/disputes**



**Before contacting us, you should carefully review this report.**

## Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

**www.experian.com/disputes**

**Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.**

*****************MIXED ADC 683
0000187 4 SP 1.310 F 176 *
PAMELA J CRUZ
1829 AVENIDA SEVILLA
OCEANSIDE CA 92056-6213

## Your personal credit report

### Potentially negative items or items for further review

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

### Accounts in good standing

Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

### History of your account balances

Reports up to two years of your monthly balances on an account, if reported by your creditor.

### Requests for your credit history

We list anyone that has reviewed your credit information in the last two years.

### Personal information

This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

### Score report

Order your VantageScore[SM] from Experian for only $6 by calling 1 888 322 5583.

### Credit Manager

Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

Experian
A world of insight

Prepared for
PAMELA J CRUZ
Report number
0174957444

Report date
November 03, 2007

www.experian.com/disputes

## Before contacting us, you should carefully review this report.

### Disputing information in your report

If you disagree with an item, you may dispute it. We will contact the source of the information and ask them to check their records. Because your report is updated often, contact us within 90 days from the date above.

*For the fastest and easiest way to dispute information, visit:*

**www.experian.com/disputes**

**Or call 1 800 509 8495. Dispute services are available 24 hours a day, seven days a week.**

*****************MIXED ADC 683
0000187 4 SP 1.310 F 176 *
PAMELA J CRUZ
1829 AVENIDA SEVILLA
OCEANSIDE CA 92056-6213

## Your personal credit report

### Potentially negative items or items for further review

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred.

### Accounts in good standing

Items display in this section when your creditor reports that you have satisfactorily met the terms of your agreements with them. Some creditors may not report consumer credit information to us, so all of your accounts may not be listed.

### History of your account balances

Reports up to two years of your monthly balances on an account, if reported by your creditor.

### Requests for your credit history

We list anyone that has reviewed your credit information in the last two years.

### Personal information

This information is reported to us by you, your creditors and other sources.

## Other Experian credit management tools

### Score report

Order your VantageScore[SM] from Experian for only $6 by calling 1 888 322 5583.

### Credit Manager

Receive unlimited access to your credit report, score and other credit management tools at www.creditexpert.com.

## About Experian

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider". Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

**US BKPT CT CA SAN DIEGO**
940 FRONT ST RM 5N26
SAN DIEGO CA 92101
*No phone number available*

*Identification number*
0703493LDA

*Date filed*
Jun 2007
*Date resolved*
Oct 2007

*Responsibility*
Individual

*Claim amount*
$0
*Liability amount*
$0

Status: Chapter 7 bankruptcy discharged. This item is scheduled to continue on record until Jun 2017.

### Credit items

**BANK OF AMERICA**
PO BOX 1390
NORFOLK VA 23501
(800) 441-0130
***Partial account number***
488893799170....

*See History of account balances for additional information.*

*Date opened*
Jan 2006
*Reported since*
Apr 2006

*Date of status*
Jul 2007
*Last reported*
Jul 2007

*Type*
Revolving
*Terms*
NA
*Monthly payment*
NA

*Responsibility*
Individual

*Credit limit or original amount*
$11,500
*High balance*
$14,221

*Recent balance*
$0 as of Jul 2007

Status: Debt included in Bankruptcy/Account charged off.
Account history:
, Jun 2007
180 days as of Jun 2007
150 days as of May 2007
120 days as of Apr 2007
90 days as of Mar 2007
60 days as of Feb 2007
30 days as of Jan 2007
Debt included in Bankruptcy on July 05, 2007
This account is scheduled to continue on record until Jan 2014.

**CHASE MANHATTAN MTGE**
PO BOX 24696
COLUMBUS OH 43224
(800) 848-9136
***Partial account number***
191539....

*Date opened*
Jul 2006
*Reported since*
Apr 2007

*Date of status*
Jul 2007
*Last reported*
Oct 2007

*Type*
Mortgage
*Terms*
30 Years
*Monthly payment*
NA

*Responsibility*
Individual

*Credit limit or original amount*
$341,600
*High balance*
NA

*Recent balance*
$0 as of Oct 2007

Status: Discharged through Bankruptcy Chapter 7/Foreclosure proceedings started.
Account history:
, Jun 2007, May 2007, Apr 2007
, Jun 2007, May 2007, Apr 2007
Debt included in Chapter 7 Bankruptcy on July 15, 2007
This account is scheduled to continue on record until Oct 2013.

**Potentially negative items or items for further review continued**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **GEMB/WHITEHALL**<br>PO BOX 981439<br>EL PASO TX 79998<br>(866) 396-8254<br>***Partial account number***<br>504662022573....<br>*e History of account balances for additional information.* | *Date opened*<br>Dec 2005<br>*Reported since*<br>Dec 2005 | *Date of status*<br>Jul 2007<br>*Last reported*<br>Oct 2007 | *Type*<br>Revolving<br>*Terms*<br>NA<br>*Monthly payment*<br>NA | *Responsibility*<br>Individual | *Credit limit or original amount*<br>$4,500<br>*High balance*<br>$366 | *Recent balance*<br>$0 /paid as of Oct 2007 | Status: Petition for Chapter 7 Bankruptcy/Never late.<br>Account history:<br>Filed Chapter 7 Bankruptcy on July 22, 2007<br>This account is scheduled to continue on record until Jul 2014.<br>Creditor's statement: *"Account closed at credit grantor's request."* |
| **GMAC MORTGAGE**<br>PO BOX 4622<br>WATERLOO IA 50704<br>*No phone number available*<br>***Partial account number***<br>29208....<br>Mortgage: 100163122000342199 | *Date opened*<br>Jul 2006<br>*Reported since*<br>Sep 2006 | *Date of status*<br>Dec 2006<br>*Last reported*<br>Dec 2006 | *Type*<br>Mortgage<br>*Terms*<br>30 Years<br>*Monthly payment*<br>NA | *Responsibility*<br>Individual | *Credit limit or original amount*<br>$341,600<br>*High balance*<br>NA | *Recent balance*<br>NA | Status: Transferred,closed/Past due 60 days.<br>Account history:<br>60 days as of Nov 2006<br>Creditor's statement: *"Account transferred to another lender."* |
| **GMAC MORTGAGE**<br>PO BOX 4622<br>WATERLOO IA 50704<br>*No phone number available*<br>***Partial account number***<br>9209....<br>ortgage: 100163122000342405 | *Date opened*<br>Jul 2006<br>*Reported since*<br>Oct 2006 | *Date of status*<br>Mar 2007<br>*Last reported*<br>Mar 2007 | *Type*<br>Mortgage<br>*Terms*<br>30 Years<br>*Monthly payment*<br>$805 | *Responsibility*<br>Individual | *Credit limit or original amount*<br>$85,400<br>*High balance*<br>NA | *Recent balance*<br>$90,803 /as of Mar 2007 | Status: Open/Past due 180 days.<br>Balloon payment of $72,142 due Aug 2021.<br>Account history:<br>180 days as of Mar 2007<br>150 days as of Feb 2007<br>120 days as of Jan 2007<br>90 days as of Dec 2006<br>As of Sep 2013, this account is scheduled to go to a positive status. |
| **HSBC/BSBUY**<br>PO BOX 15524<br>WILMINGTON DE 19850<br>(800) 677-2700<br>***Partial account number***<br>700109813860.... | *Date opened*<br>Aug 2006<br>*Reported since*<br>- | *Date of status*<br>Jul 2007<br>*Last reported*<br>- | *Type*<br>Revolving<br>*Terms*<br>NA<br>*Monthly payment*<br>NA | *Responsibility*<br>Individual | *Credit limit or original amount*<br>NA<br>*High balance*<br>$2,795 | *Recent balance*<br>$0 /paid as of | Status: Petition for Chapter 7 Bankruptcy.<br>Account history:<br>Filed Chapter 7 Bankruptcy on July 06, 2007<br>Creditor's statement: *"Purchased by another lender."* |

**Potentially negative items or items for further review continued**

**CHASE/CC**
PO BOX 15678
WILMINGTON DE 19850
(800) 477-6761
***Partial account number***
410414001739....

*See History of account balances for additional information.*

| | |
|---|---|
| *Date opened* | May 2006 |
| *Reported since* | Jun 2006 |
| *Date of status* | Jul 2007 |
| *Last reported* | Oct 2007 |
| *Type* | Revolving |
| *Terms* | NA |
| *Monthly payment* | NA |
| *Responsibility* | Individual |
| *Credit limit or original amount* | $7,000 |
| *High balance* | $6,999 |
| *Recent balance* | $0 as of Oct 2007 |

Status: Included in bankruptcy/Account charged off.
Account history:
Charge Off as of Jun 2007
Collection as of May 2007
150 days as of Apr 2007
120 days as of Mar 2007
90 days as of Feb 2007
60 days as of Jan 2007
30 days as of Dec 2006
Discharged Through BK Ch 7, 11, or 12 on on July 30, 2007
Creditor's statement: *"Account closed at credit grantor's request."*

**FORD CRED**
PO BOX 152271
IRVING TX 75015
(800) 727-7000
***Partial account number***
4047....

| | |
|---|---|
| *Date opened* | Mar 2006 |
| *Reported since* | Mar 2006 |
| *Date of status* | Sep 2006 |
| *Last reported* | Sep 2006 |
| *Type* | Installment |
| *Terms* | 60 Months |
| *Monthly payment* | NA |
| *Responsibility* | Individual |
| *Credit limit or original amount* | $42,459 |
| *High balance* | NA |
| *Recent balance* | NA |

Status: Paid,Closed/Past due 30 days.
Account history:
30 days as of Sep 2006, Aug 2006

**GEMB/COST PLUS WORLD M**
PO BOX 981439
EL PASO TX 79998
(866) 396-8254
***Partial account number***
603462181154....

*See History of account balances for additional information.*

| | |
|---|---|
| *Date opened* | Aug 2006 |
| *Reported since* | Sep 2006 |
| *Date of status* | Aug 2007 |
| *Last reported* | Sep 2007 |
| *Type* | Revolving |
| *Terms* | NA |
| *Monthly payment* | NA |
| *Responsibility* | Individual |
| *Credit limit or original amount* | $1,300 |
| *High balance* | $1,455 |
| *Recent balance* | $0 as of Sep 2007 |

Status: Petition for Chapter 7 Bankruptcy/Account charged off.
Account history:
Charge Off as of Jul 2007, Jun 2007
150 days as of May 2007
120 days as of Apr 2007
90 days as of Mar 2007
60 days as of Feb 2007
30 days as of Jan 2007
Filed Chapter 7 Bankruptcy on Aug 15, 2007
This account is scheduled to continue on record until Jan 2014.

## Potentially negative items or items for further review continued

---

**GEMB/WHITEHALL**
PO BOX 981439
EL PASO TX 79998
(866) 396-8254
***Partial account number***
504662022573....

*e History of account balances for additional information.*

| | | | | | | |
|---|---|---|---|---|---|---|
| *Date opened* Dec 2005 | *Date of status* Jul 2007 | *Type* Revolving | *Responsibility* Individual | *Credit limit or original amount* $4,500 | *Recent balance* $0 /paid as of Oct 2007 | Status: Petition for Chapter 7 Bankruptcy/Never late. |
| *Reported since* Dec 2005 | *Last reported* Oct 2007 | *Terms* NA | | *High balance* $366 | | Account history: Filed Chapter 7 Bankruptcy on July 22, 2007 |
| | | *Monthly payment* NA | | | | This account is scheduled to continue on record until Jul 2014. Creditor's statement: *"Account closed at credit grantor's request."* |

---

**GMAC MORTGAGE**
PO BOX 4622
WATERLOO IA 50704
*No phone number available*
***Partial account number***
29208....
Mortgage: 100163122000342199

| | | | | | | |
|---|---|---|---|---|---|---|
| *Date opened* Jul 2006 | *Date of status* Dec 2006 | *Type* Mortgage | *Responsibility* Individual | *Credit limit or original amount* $341,600 | *Recent balance* NA | Status: Transferred,closed/Past due 60 days. |
| *Reported since* Sep 2006 | *Last reported* Dec 2006 | *Terms* 30 Years | | *High balance* NA | | Account history: 60 days as of Nov 2006 |
| | | *Monthly payment* NA | | | | Creditor's statement: *"Account transferred to another lender."* |

---

**GMAC MORTGAGE**
PO BOX 4622
WATERLOO IA 50704
*No phone number available*
***Partial account number***
9209....
ortgage: 100163122000342405

| | | | | | | |
|---|---|---|---|---|---|---|
| *Date opened* Jul 2006 | *Date of status* Mar 2007 | *Type* Mortgage | *Responsibility* Individual | *Credit limit or original amount* $85,400 | *Recent balance* $90,803 as of Mar 2007 | Status: Open/Past due 180 days. Balloon payment of $72,142 due Aug 2021. |
| *Reported since* Oct 2006 | *Last reported* Mar 2007 | *Terms* 30 Years | | *High balance* NA | | Account history: 180 days as of Mar 2007 150 days as of Feb 2007 120 days as of Jan 2007 90 days as of Dec 2006 |
| | | *Monthly payment* $805 | | | | As of Sep 2013, this account is scheduled to go to a positive status. |

---

**HSBC/BSBUY**
PO BOX 15524
WILMINGTON DE 19850
(800) 677-2700
***Partial account number***
700109813860....

| | | | | | | |
|---|---|---|---|---|---|---|
| *Date opened* Aug 2006 | *Date of status* Jul 2007 | *Type* Revolving | *Responsibility* Individual | *Credit limit or original amount* NA | *Recent balance* $0 /paid as of | Status: Petition for Chapter 7 Bankruptcy. |
| *Reported since* - | *Last reported* - | *Terms* NA | | *High balance* $2,795 | | Account history: Filed Chapter 7 Bankruptcy on July 06, 2007 |
| | | *Monthly payment* NA | | | | Creditor's statement: *"Purchased by another lender."* |

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 148762 - SH**

**March 14, 2008**
**10:03:58**

**Civ Fil Non-Pris**
USAO #.: 08CV0474
Judge..: LARRY A BURNS
Amount.: $350.00 CK
Check#.: BC10970

**Total-> $350.00**

FROM: CRUZ V. GMAC MORTGAGE ET AL

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
08 MAR 14 AM 10: 05
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**I. (a) PLAINTIFFS** PAMALA CRUZ

**DEFENDANTS** GMAC MORTGAGE, LLC. EXPERIAN INFORMATION SOLUTIONS, INC.

**(b)** County of Residence of First Listed Plaintiff San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Pennsylvania
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael G. Doan, Doan Law Firm, LLP 2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008 (760) 450 3333

Attorneys (If Known)
'08 CV 0474 LAB JMA

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
FCRA (15 USC 1681 et seq) and Defamation

Brief description of cause:
Violations under the Fair Credit Reporting Act

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** 10,000.00

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 03/13/2008 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 148762 AMOUNT $350 APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

Ser 3/14/08

(R