GMAC Mortgage, LLC
PO Box 780

Waterloo IA 50704-0780

PAGE 1
DATE 02/12/08

HISTORY FOR ACCOUNT 292090247

--------- MAIL -------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

| MAIL | PROPERTY |
|---|---|
| 2301 SUNSET BLVD #1407 | 2563 FLORADALE WAY |
| ROCKLIN CA 95765 | LINCOLN CA 95648-0000 |

| ------ DATES ------ | | ---- CURRENT BALANCES ----- | | ------- UNCOLLECTED ------- | |
|---|---|---|---|---|---|
| PAID TO | 09/01/06 | PRINCIPAL | 0.00 | LATE CHARGES | 0.00 |
| NEXT DUE | 10/01/06 | ESCROW | 0.00 | OPTIONAL INS | 0.00 |
| LAST PMT | 00/00/00 | UNAPPLIED FUND | 0.00 | INTEREST | 0.00 |
| AUDIT DT | 09/14/06 | UNAPPLIED CODES | | FEES | 0.00 |
| | | BUYDOWN FUND | 0.00 | ------ YEAR TO DATE ------- | |
| LAST ACTIVITY | | BUYDOWN CODE | | INTEREST | 0.00 |
| 04/02/07 | | | | TAXES | 0.00 |

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID / INTEREST PAID / ESCROW PAID |
|---|---|---|---|---|
| 092906 | NT | 000000 | T:01563 | Phone number update from Innovis skip file |
| 092906 | DM | 000000 | T:01563 | 11:07:00 |
| | | | | ACTION/RESULT CD CHANGED FROM TO OASK |
| 100506 | DM | 000000 | T:00000 | 50:00:00 |
| | | | | EARLY IND: SCORE 000 MODEL EI16N |
| 100606 | DM | 000000 | T:00000 | 50:00:00 |
| | | | | EARLY IND: SCORE 000 MODEL EI16N |
| 101106 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 10/11/06 17:32:41 DISCON |
| 101106 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 00/00/00 00:00:00 |
| 101106 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 00/00/00 00:00:00 |
| 101306 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 10/13/06 18:19:32 DISCON |
| 101306 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 00/00/00 00:00:00 |
| 101306 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 00/00/00 00:00:00 |
| 101706 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 10/17/06 17:21:10 DISCON |
| 101706 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 00/00/00 00:00:00 |
| 101706 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 00/00/00 00:00:00 |
| 102006 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 10/19/06 22:06:27 DISCON |
| 102006 | DMD | 000000 | T:22222 | 50:00:00 |
| | | | | 00/00/00 00:00:00 |

HISTORY FOR ACCOUNT 292090247

PAGE 2
DATE 02/12/08

--------- MAIL -------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 | 2563 FLORADALE WAY

ROCKLIN CA 95765 | LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 102006 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/23/06 20:27:20 DISCON | | |
| 102306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102506 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/25/06 20:18:34 DISCON | | |
| 102506 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102506 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/27/06 18:40:10 DISCON | | |
| 102706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 102706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 103106 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 10/31/06 15:17:17 MSG ANS MACH | | |
| 103106 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 103106 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 110106 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/01/06 17:23:00 MSG ANS MACH | | |
| 110106 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 110106 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 110206 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 110306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/03/06 18:11:33 DISCON | | |
| 110306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 110306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |

MES FCL 1812

HISTORY FOR ACCOUNT 292090247

PAGE 3
DATE 02/12/08

--------- MAIL ------------------- --------- PROPERTY ---------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 | 2563 FLORADALE WAY

ROCKLIN CA 95765 | LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 110606 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 110706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/07/06 14:26:53 MSG ANS MACH | | |
| 110706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 110706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 110806 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 110906 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/09/06 17:01:53 MSG ANS MACH | | |
| 110906 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 110906 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 111306 | DM | 000000 | T:13990 | 16:13:00 | | |
| | | | | ACTION/RESULT CD CHANGED FROM OASK TO BRIP | | |
| 111306 | DM | 000000 | T:13990 | 16:13:00 | | |
| | | | | CLD PRIM WORK, WAS ADV WRNG NUMBER | | |
| 111306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/13/06 15:14:59 SIT_TONE | | |
| 111306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 111306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 111306 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 111506 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/15/06 15:53:45 DISCON | | |
| 111506 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 111506 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 111506 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 111706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/17/06 18:51:39 DISCON | | |
| 111706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |

MES FCL 1812

HISTORY FOR ACCOUNT 292090247

PAGE 4
DATE 02/12/08

--------- MAIL -------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 | 2563 FLORADALE WAY

ROCKLIN CA 95765 | LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 111706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 112006 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 112206 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/22/06 13:13:13 DISCON | | |
| 112206 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 112206 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 112206 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/21/06 22:43:52 DISCON | | |
| 112206 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 112206 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 112206 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 112706 | NT | 000000 | T:01563 | Phone number update from Innovis skip file | | |
| 112706 | DM | 000000 | T:01563 | 21:10:00 | | |
| | | | | ACTION/RESULT CD CHANGED FROM BRIP TO OASK | | |
| 112706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/27/06 16:41:00 DISCON | | |
| 112706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 112706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 112706 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 112906 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 11/29/06 14:49:45 DISCON | | |
| 112906 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 112906 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 112906 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 112906 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | AUTOMATED INTEREST ACCRUAL HOLD ACTIVE | | |

HISTORY FOR ACCOUNT 292090247

PAGE 5
DATE 02/12/08

--------- MAIL -------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 2563 FLORADALE WAY

ROCKLIN CA 95765 LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 120406 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 120506 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 12/05/06 20:20:41 DISCON | | |
| 120506 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 120506 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 120606 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 12/01/06 10:40:26 DISCON | | |
| 120606 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 120606 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 120606 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 120706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 12/07/06 12:17:46 DISCON | | |
| 120706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 120706 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 121106 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 12/11/06 18:51:33 DISCON | | |
| 121106 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 121106 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 121106 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 121306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 12/13/06 18:45:46 DISCON | | |
| 121306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 121306 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 121306 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 121506 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 12/15/06 13:37:08 DISCON | | |

HISTORY FOR ACCOUNT 292090247

PAGE 6
DATE 02/12/08

--------- MAIL -------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

| MAIL | | PROPERTY | |
|---|---|---|---|
| 2301 SUNSET BLVD #1407 | | 2563 FLORADALE WAY | |
| ROCKLIN | CA 95765 | LINCOLN | CA 95648-0000 |

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 121506 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 121506 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 121806 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 121906 | NT | 000000 | T:14902 | Pulled CBR and forward to eed rep AM | | |
| 121906 | NT | 000000 | T:25101 | Address updated via change request received from the Post Office. | | |
| 122006 | NT | 000000 | T:25101 | Address updated via change request received from the Post Office. | | |
| 122006 | NT | 000000 | T:28723 | Updated occupancy due to address change | | |
| 122006 | DMD | 000000 | T:22222 | 50:00:00<br>12/19/06 21:26:25 DISCON | | |
| 122006 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 122006 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 122006 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 122106 | DMD | 000000 | T:22222 | 50:00:00<br>12/21/06 13:49:20 DISCON | | |
| 122106 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 122106 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 122206 | NT | 000000 | T:28723 | Updated occupancy due to address change | | |
| 122506 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 122606 | DMD | 000000 | T:22222 | 50:00:00<br>12/26/06 19:50:59 DISCON | | |
| 122606 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 122606 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 122706 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |

HISTORY FOR ACCOUNT 292090247 PAGE 7
DATE 02/12/08

--------- MAIL -------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 2563 FLORADALE WAY

ROCKLIN CA 95765 LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 122806 | DM | 000000 | T:08662 | 16:16:00<br>ACTION/RESULT CD CHANGED FROM OASK TO BRNA | | |
| 122806 | DM | 000000 | T:08662 | 16:16:00<br>SKIPTRACE-FOUND #760-631-6413 PER CBC, LOADED # TO ACT. PE | | |
| 122906 | NT | 000000 | T:16452 | updated del lien with info from mtgserv, gmac | | |
| 122906 | DMD | 000000 | T:22222 | 50:00:00<br>12/28/06 22:39:29 DISCON | | |
| 122906 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 122906 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 010107 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 010307 | NT | 000000 | T:13621 | bpo ordered in bulk thru bpo.com for carina alves | | |
| 010307 | DMD | 000000 | T:22222 | 50:00:00<br>01/02/07 21:56:06 DISCON | | |
| 010307 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 010307 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 010407 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 010507 | DMD | 000000 | T:22222 | 50:00:00<br>01/04/07 21:14:34 DISCON | | |
| 010507 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 010507 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 010807 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 010907 | NT | 000000 | T:13441 | BPO VALUE RECVD FROM BPO.COM | | |
| 010907 | DMD | 000000 | T:22222 | 50:00:00<br>01/09/07 18:47:34 DISCON | | |
| 010907 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 010907 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |

HISTORY FOR ACCOUNT 292090247

PAGE 8
DATE 02/12/08

--------- MAIL -------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 | 2563 FLORADALE WAY

ROCKLIN CA 95765 | LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 011007 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 011107 | CIT | 000000 | T:01903 | 001 Open CIT 804<br>Recommendation :No Equity: -$27,441<br>Date Completed :1/11/2007<br>Date Investor Approved :00/00/0000 | | |
| 011107 | CIT | 000000 | T:01903 | 001 DONE 01/11/07 BY TLR 01903<br>TSK TYP 804-DEF-COST EVALUA | | |
| 011107 | DMD | 000000 | T:22222 | 50:00:00<br>01/11/07 11:28:10 MSG ANS MACH | | |
| 011107 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 011107 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 011507 | DMD | 000000 | T:22222 | 50:00:00<br>01/15/07 10:57:29 DISCON | | |
| 011507 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 011507 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 011507 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 011707 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 011807 | DMD | 000000 | T:22222 | 50:00:00<br>01/18/07 15:07:58 DISCON | | |
| 011807 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 011807 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 011807 | DMD | 000000 | T:22222 | 50:00:00<br>01/17/07 21:16:10 DISCON | | |
| 011807 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 011807 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 012207 | DMD | 000000 | T:22222 | 50:00:00<br>01/19/07 20:59:54 DISCON | | |
| 012207 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |

HISTORY FOR ACCOUNT 292090247

PAGE 9
DATE 02/12/08

--------- MAIL ------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 | 2563 FLORADALE WAY

ROCKLIN CA 95765 | LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 012207 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 012207 | DMD | 000000 | T:22222 | 50:00:00<br>01/22/07 10:21:06 DISCON | | |
| 012207 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 012207 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 012207 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 012307 | DM | 000000 | T:16405 | 17:30:00<br>ACTION/RESULT CD CHANGED FROM BRNA TO BRUN | | |
| 012307 | DM | 000000 | T:16405 | 17:30:00<br>B1 CI, ADV BRCH EXP, POSS FCL, LC, NC, CLLS/LTTRS,<br>RFD INCARCERATION AND NOW OOW, CANNOT MKE ANY PMTS<br>BUT TRYING TO SELL THE PROPERTY<br>DFLT REASON 1 CHANGED TO: INCARCERATION | | |
| 012407 | NT | 000000 | T:13857 | Updated occupancy due to address change | | |
| 012407 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 012907 | DMD | 000000 | T:22222 | 50:00:00<br>01/29/07 19:35:47 MSG ANS MACH | | |
| 012907 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 012907 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 012907 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 013007 | DMD | 000000 | T:22222 | 50:00:00<br>01/30/07 19:44:33 MSG ANS MACH | | |
| 013007 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 013007 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 013107 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 020107 | DMD | 000000 | T:22222 | 50:00:00<br>02/01/07 18:37:00 HANGUP IN Q | | |
| 020107 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |

HISTORY FOR ACCOUNT 292090247

PAGE 10
DATE 02/12/08

--------- MAIL ------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 2563 FLORADALE WAY

ROCKLIN CA 95765 LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 020107 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020107 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 01/31/07 21:00:20 MSG ANS MACH | | |
| 020107 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020107 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020207 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 02/02/07 16:34:55 MSG ANS MACH | | |
| 020207 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020207 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020507 | DM | 000000 | T:15486 | 12:44:00 | | |
| | | | | ACTION/RESULT CD CHANGED FROM BRUN TO BRLM | | |
| 020507 | DM | 000000 | T:15486 | 12:44:00 | | |
| | | | | TC/LM: RUSSR15486 | | |
| 020507 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 02/05/07 18:56:20 HANGUP IN Q | | |
| 020507 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020507 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020507 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 020707 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 02/07/07 20:06:56 MSG ANS MACH | | |
| 020707 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020707 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020707 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 020907 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 02/09/07 18:51:21 OP INTCEPT | | |
| 020907 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020907 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |

HISTORY FOR ACCOUNT 292090247

PAGE 11
DATE 02/12/08

--------- MAIL -------------------- --------- PROPERTY ---------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 | 2563 FLORADALE WAY

ROCKLIN CA 95765 | LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 020907 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 02/08/07 11:49:58 LEFT MSG | | |
| 020907 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 020907 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 021207 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 02/12/07 20:28:05 MSG TO VOICE | | |
| 021207 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 021207 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 021207 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 021407 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 02/14/07 11:41:43 MSG ANS MACH | | |
| 021407 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 021407 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 021407 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 02/13/07 20:39:46 MSG TO VOICE | | |
| 021407 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 021407 | DMD | 000000 | T:22222 | 50:00:00 | | |
| | | | | 00/00/00 00:00:00 | | |
| 021407 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 021507 | NT | 000000 | T:13905 | S&A Repurchase Pending | | |
| 021907 | DM | 000000 | T:00000 | 50:00:00 | | |
| | | | | EARLY IND: SCORE 000 MODEL NOTSC | | |
| 022107 | DM | 000000 | T:12978 | 16:45:00 | | |
| | | | | ACTION/RESULT CD CHANGED FROM BRLM TO LMDC | | |
| 022107 | DM | 000000 | T:12978 | 16:45:00 | | |
| | | | | CALLED 916-743-0016 SPOKE TO B1 SHE ADVISED THAT SHE SENT US A LETTER STATING SHE CAN NO LONGER AFFORD THIS HOME, SHE WAS INVOLVED IN A DOMESTIC DISPUTE WITH HER SPOUSE AND WAS ARRRESTED AND DUE | | |

HISTORY FOR ACCOUNT 292090247

PAGE 12
DATE 02/12/08

--------- MAIL -------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 | 2563 FLORADALE WAY

ROCKLIN CA 95765 | LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 022107 | DM | 000000 | T:12978 | 16:45:00<br>TO HER RECORD NOW SHE CANT FIND EMPLOYMENT. SHE<br>WAS TRYING TO SELL THE PROPERTY AND HAS HAD NO LUC | | |
| 022107 | NT | 000000 | T:12978 | SHE HAS NO MEANS TO PAY 1ST OR 2ND MRTG PAYMNTS<br>AND SAID ONLY IF SHE HITS THE LOTTO WILL SHE BE<br>ABLE TO KEEP THE HOUSE. | | |
| 022107 | NT | 000000 | T:12978 | PROPERTY VACANT SINCE 10/06 | | |
| 022107 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 022607 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 022807 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 030107 | CIT | 000000 | T:08902 | 002 new cit 228 corr rcvd | | |
| 030507 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 030707 | DM | 000000 | T:18977 | 12:01:00<br>ACTION/RESULT CD CHANGED FROM LMDC TO BRLM | | |
| 030707 | DM | 000000 | T:18977 | 12:01:00<br>CALLED HOME # 916-743-0016 LEFT MESSAGE | | |
| 030707 | CIT | 000000 | T:13945 | 002 clsng cit 228-frwrdng corr rcvd to coll, will<br>send file delay., kw4638 | | |
| 030707 | CIT | 000000 | T:13945 | 002 DONE 03/07/07 BY TLR 13945<br>TSK TYP 228-DEFAULT CORRESP | | |
| 030707 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 030907 | DM | 000000 | T:08104 | 09:38:00<br>ACTION/RESULT CD CHANGED FROM BRLM TO NOTE | | |
| 030907 | DM | 000000 | T:08104 | 09:38:00<br>RECVD LETTER FROM B1 STATING THAT SHE CN NO LONGER<br>AFFORD HOME AND HAS WALKED AWAY FROM THE PROPERTY<br>LETTER STATED HOME HAS BEEN VACANT SINCE OCTOBER<br>OF 2006 BUT DID NOT STATE THE STATUS OF THE | | |
| 030907 | DMD | 000000 | T:22222 | 50:00:00<br>03/09/07 17:23:29 MSG ANS MACH | | |
| 030907 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |

MES FCL 1812

HISTORY FOR ACCOUNT 292090247

PAGE 13
DATE 02/12/08

--------- MAIL ------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 | 2563 FLORADALE WAY

ROCKLIN CA 95765 | LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 030907 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 031207 | DMD | 000000 | T:22222 | 50:00:00<br>03/10/07 12:52:07 MSG TO VOICE | | |
| 031207 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 031207 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 031207 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 031307 | DMD | 000000 | T:22222 | 50:00:00<br>03/13/07 19:48:15 HANGUP IN Q | | |
| 031307 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 031307 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 031307 | DMD | 000000 | T:22222 | 50:00:00<br>03/10/07 12:52:07 MSG TO VOICE | | |
| 031307 | DMD | 000000 | T:22222 | 50:00:00<br>03/12/07 21:12:13 MSG TO VOICE | | |
| 031307 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 031407 | DMD | 000000 | T:22222 | 50:00:00<br>03/14/07 20:14:34 MSG TO VOICE | | |
| 031407 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 031407 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 031407 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 031507 | DM | 000000 | T:18977 | 14:18:00<br>ACTION/RESULT CD CHANGED FROM NOTE TO LMDC | | |
| 031507 | DM | 000000 | T:18977 | 14:18:00<br>SPK WITH BR STD HAD NO PLANS TO GET CURRENT ON THE MORTGAGE ADV BR IF BR TRIED TO SELL THE PROP. ADV STD WAS ABUSED AND THAT WAS THE ONLY CONCERN WAS BR ABUSEMENT ADV BR NEED TO CALL TELLER # 2123 | | |
| 031507 | DMD | 000000 | T:22222 | 50:00:00<br>03/15/07 15:25:44 MSG ANS MACH | | |

MES FCL 1812

HISTORY FOR ACCOUNT 292090247

PAGE 14
DATE 02/12/08

--------- MAIL ------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 | 2563 FLORADALE WAY

ROCKLIN CA 95765 | LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 031507 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 031507 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 031907 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 032007 | DM | 000000 | T:19142 | 11:00:00<br>ACTION/RESULT CD CHANGED FROM LMDC TO BRLM | | |
| 032007 | DM | 000000 | T:19142 | 11:00:00<br>LMTC RES GOOD # | | |
| 032007 | DMD | 000000 | T:22222 | 50:00:00<br>03/20/07 13:05:52 MSG ANS MACH | | |
| 032007 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 032007 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 032107 | DM | 000000 | T:02123 | 12:03:00<br>ACTION/RESULT CD CHANGED FROM BRLM TO LMDC | | |
| 032107 | DM | 000000 | T:02123 | 12:04:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE<br>B1 CI, BORROWER MOVED OUT OF THE HOUSE DUE TO | | |
| 032107 | DM | 000000 | T:02123 | 12:04:00 SPOKE TO: MRS/MS, ATTITUDE: COOPERATIVE<br>SAFETY ISSUES, LEFT WITH ONLY FEW BELONGINS.<br>HOUSE WAS ON THE MARKET, BUT IT IS CURRENTLY OFF<br><br>THE MARKET, NO OFFERS OR INTEREST, ECOMOMY IN AREA<br>IS BAD. HAS NO MONEY TO MAKE MTG PMNTS, HAS TO<br>LET IT GO. CM #2123<br>DFLT REASON 1 CHANGED TO: ABANDONMENT OF PROPERTY | | |
| 032107 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 032607 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 032707 | DMD | 000000 | T:22222 | 50:00:00<br>03/26/07 21:58:31 MSG ANS MACH | | |
| 032707 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 032707 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 032807 | DMD | 000000 | T:22222 | 50:00:00<br>03/28/07 12:26:32 MSG ANS MACH | | |

HISTORY FOR ACCOUNT 292090247

PAGE 15
DATE 02/12/08

--------- MAIL -------------------- --------- PROPERTY ----------------

PAMELA J CRUZ

2301 SUNSET BLVD #1407 2563 FLORADALE WAY

ROCKLIN CA 95765 LINCOLN CA 95648-0000

| POST DATE | TRN CDE | DUE DATE | TRANSACTION AMOUNT | PRINCIPAL PAID | INTEREST PAID | ESCROW PAID |
|---|---|---|---|---|---|---|
| 032807 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 032807 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 032807 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 033007 | DM | 000000 | T:19142 | 14:10:00<br>ACTION/RESULT CD CHANGED FROM LMDC TO BRLM | | |
| 033007 | DM | 000000 | T:19142 | 14:10:00<br>TR LMTC | | |
| 033007 | DMD | 000000 | T:22222 | 50:00:00<br>03/30/07 18:02:55 MSG ANS MACH | | |
| 033007 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 033007 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 040207 | DMD | 000000 | T:22222 | 50:00:00<br>04/02/07 19:48:35 MSG ANS MACH | | |
| 040207 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 040207 | DMD | 000000 | T:22222 | 50:00:00<br>00/00/00 00:00:00 | | |
| 040207 | DM | 000000 | T:00000 | 50:00:00<br>EARLY IND: SCORE 000 MODEL NOTSC | | |
| 041007 | NT | 000000 | T:02187 | S&A Repurchase Closed | | |

END OF HISTORY

MES FCL 1812