**Closed**

# U.S. Bankruptcy Court
# Southern District of California (San Diego)
# Bankruptcy Petition #: 07-03493-LA7

*Assigned to:* Judge Louise DeCarl Adler
Chapter 7
Voluntary
No asset

*Date Filed:* 06/29/2007
*Date Terminated:* 10/15/2007
*Date Discharged:* 10/10/2007

***Debtor***
**Pamela Jean Cruz**
1829 Avenida Sevilla
Oceanside, CA 92056
SSN: xxx-xx-0877
***aka***
**Pamela Gervasoni**
***aka***
**Pamela Cruz**

represented by **Jeffrey D. Larkin**
Doan, Levinson & Liljegren, LLP
2850 Pio Pico Dr., Suite D
Carlsbad, CA 92008
760-450-3333
Email: jeff@dllfirm.com

**Michael G. Doan**
Doan, Levinson & Liljegren, LLP
Doan, Law and Professional Terrace
2850 Pio Pico Drive, Ste D
Carlsbad, CA 92008
(760) 450-3333
Fax : (760) 720-6082
Email: mike@debtwipeout.com

***Defendant***
**Experian Information Solutions, Inc.**
475 Anton Blvd
CostaMesa, CA 92626

represented by **Angele Motlagh**
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92614
949-851-3939
Fax : 949-553-7539
Email: amotlagh@jonesday.com

***Trustee***
**Nancy Wolf**
P.O. Box 420448
San Diego, CA 92142
(619) 239-9653

| Filing Date | # | Docket Text |
|---|---|---|
| 06/29/2007 | 1 | Chapter 7 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $ 299 filed by Jeffrey D. Larkin of Doan, Levinson & Liljegren, LLP on behalf of Pamela Jean Cruz. Declaration re: ECF due by 7/16/2007, Statement of |

| | | |
|---|---|---|
| | | Social Security Number due by 7/16/2007, (Larkin, Jeffrey) (Entered: 06/29/2007) |
| 06/29/2007 | 2 | Certificate of Credit Counseling for Debtor filed by Jeffrey D. Larkin on behalf of Pamela Jean Cruz. (Larkin, Jeffrey) (Entered: 06/29/2007) |
| 06/30/2007 | 3 | Meeting of Creditors & Notice of Appointment of Interim Trustee Nancy Wolf with 341(a) meeting to be held on 08/09/2007 at 08:30 AM at Suite 630, Emerald Plaza Building,,. Financial Management Course Due Date: 09/24/2007 Objections for Discharge due by 10/09/2007. (Admin., ) (Entered: 06/30/2007) |
| 07/03/2007 | 4 | Court Certificate of Mailing (related documents 3 Meeting of Creditors Chapter 7, ) Service Date 07/04/2007. (Admin.) (Entered: 07/05/2007) |
| 07/11/2007 | 5 | Receipt of Chapter 7 Voluntary Petition(07-03493-7) [misc,1027u] ( 299.00) Filing Fee. Receipt number 2875230. Fee Amount 299.00 (U.S. Treasury) (Entered: 07/11/2007) |
| 07/12/2007 | 6 | Notice of Proposed Abandonment of Property. (Wolf, Nancy) (Entered: 07/12/2007) |
| 07/12/2007 | 7 | Motion for Relief from Stay, RS # WGM-1 Fee Amount $ 150 filed by William G. Malcolm on behalf of Chase Home Finance (Attachments: # 1 Declaration # 2 Exhibit) (Malcolm, William) (Entered: 07/12/2007) |
| 07/12/2007 | 8 | Receipt of Motion for Relief from Stay (07-03493-LA7) [motion,185] ( 150.00) Filing Fee. Receipt number 2877218. Fee Amount 150.00 (U.S. Treasury) (Entered: 07/12/2007) |
| 07/12/2007 | 9 | Notice of Filing of a Motion for Relief from Automatic Stay RS # WGM-1 filed by William G. Malcolm on behalf of Chase Home Finance. Notice of Filing of Motion for Relief from Stay Served On: 7/12/2007. Request for Hearing & Opposition due by: 7/26/2007 (related documents 7 Motion for Relief from Stay) (Malcolm, William) (Entered: 07/12/2007) |
| 07/12/2007 | 10 | Declaration Re: Electronic Filing (related documents 1 Chapter 7 Voluntary Petition, ) filed by Jeffrey D. Larkin on behalf of Pamela Jean Cruz. (Bobis, T.) (Entered: 07/13/2007) |
| 07/12/2007 | 11 | Receipt of Statement of Social Security Number COURT NOTE: The PDF document is a secured image. (related documents 1 Chapter 7 Voluntary Petition, ) filed by Jeffrey D. Larkin on behalf of Pamela Jean Cruz. (Bobis, T.) (Entered: 07/13/2007) |
| 07/12/2007 | 12 | Court Certificate of Mailing (related documents 6 Notice of Proposed Abandonment of Property) Service Date 07/14/2007. (Admin.) (Entered: 07/15/2007) |
| 07/12/2007 | 13 | Court Notice Served On: 07/15/2007. Opposition due by: 08/15/2007. (related document 12 Notice of Proposed Abandonment of Property) (Admin) (Entered: |

| | | |
|---|---|---|
| | | 07/16/2007) |
| 07/18/2007 | 14 | *Amended* Certificate of Service (related documents 7 Motion for Relief from Stay) filed by William G. Malcolm on behalf of Chase Home Finance. (Malcolm, William) (Entered: 07/18/2007) |
| 07/30/2007 | 15 | Order Granting Motion for Relief from Stay WGM-1 (Related Doc # 7) signed on 7/30/2007. (Bobis, T.) (Entered: 07/31/2007) |
| 07/31/2007 | 16 | Certificate of Mailing re: E-ORDER: I hereby certify that a copy of the within Order was mailed this date to the Debtor(s) name above, the attorney of record, if any, and the trustee at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 15 Order re:Motion for Relief from Stay) (Bobis, T.) (Entered: 07/31/2007) |
| 08/08/2007 | 17 | Notice of Requirement to file Financial Management Course Certificate. (Admin) (Entered: 08/08/2007) |
| 08/08/2007 | 18 | Court Certificate of Mailing re Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management (related documents 17 Notice of Requirement to file Financial Management Course Certificate) Service Date 08/10/2007. (Admin.) (Entered: 08/10/2007) |
| 08/10/2007 | 19 | Trustee's Report of No Distribution: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. I have received no funds or property of the estate, and paid no monies on account of the estate. Wherefore, the trustee prays that this report be approved and the trustee be discharged from office. (Wolf, Nancy) (Entered: 08/10/2007) |
| 08/14/2007 | 20 | Motion for Relief from Stay, RS # JCW-1 Fee Amount $ 150 filed by Jennifer C. Wong on behalf of Saxon Mortgage Services, Inc., its assignees and/or successors (Attachments: # 1 Exhibit # 2 Declaration) (Wong, Jennifer) (Entered: 08/14/2007) |
| 08/14/2007 | 21 | Receipt of Motion for Relief from Stay (07-03493-LA7) [motion,185] ( 150.00) Filing Fee. Receipt number 2916877. Fee Amount 150.00 (U.S. Treasury) (Entered: 08/14/2007) |
| 08/14/2007 | 22 | Notice of Filing of a Motion for Relief from Automatic Stay RS # JCW-1 filed by Jennifer C. Wong on behalf of Saxon Mortgage Services, Inc., its assignees and/or successors. Notice of Filing of Motion for Relief from Stay Served On: 8/14/2007. Request for Hearing & Opposition due by: 8/28/2007 (related documents 20 Motion for Relief from Stay) (Wong, Jennifer) (Entered: 08/14/2007) |
| 08/28/2007 | 23 | Financial Management Course Certificate for Debtor *with form 23* (related documents 3 Meeting of Creditors Chapter 7, ) filed by Michael G. Doan on behalf of Pamela Jean Cruz. (Doan, Michael) (Entered: 08/28/2007) |

| | | |
|---|---|---|
| 09/10/2007 | 24 | Order Granting Motion for Relief from Stay JCW-1 (Related Doc # 20) signed on 9/10/2007. (Bobis, T.) (Entered: 09/10/2007) |
| 09/10/2007 | 25 | Certificate of Mailing re: E-ORDER: I hereby certify that a copy of the within Order was mailed this date to the Debtor(s) name above, the attorney of record, if any, and the trustee at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 24 Order re:Motion for Relief from Stay) (Bobis, T.) (Entered: 09/10/2007) |
| 10/04/2007 | 26 | Request for Special Notice HOUSEHOLD BANK (SB) N A , c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200 , Tucson, AZ 85712 filed by Household Bank (SB), N.A. (Bass, Patti) (Entered: 10/04/2007) |
| 10/10/2007 | 27 | Discharge Requested, Chapter 7 (Admin.) (Entered: 10/10/2007) |
| 10/10/2007 | 28 | Discharge of Debtor with service. Service Date 10/12/2007. (Admin.) (Entered: 10/12/2007) |
| 10/15/2007 | 29 | Order Approving Trustee's Report of No Distribution and Closing Case. It appearing to the Court that the Trustee in the above-entitled case has filed a Report of No Distribution and that the said Trustee has performed all other duties required of the Trustee in the administration of said case; now, therefore, IT IS ORDERED that said report be and it hereby is approved and the case is closed; and the Trustee is discharged from and relieved of his trust. Barry K. Lander, Clerk (Admin.) (Entered: 10/15/2007) |
| 01/23/2008 | 30 | Report of Abandonment of Real Property with Certificate of Service filed by Nancy Wolf. (related documents 6 Notice of Proposed Abandonment of Property) (Bobis, T.) (Entered: 01/23/2008) |
| 01/25/2008 | 31 | Adversary case 08-90031. Complaint by Pamela Jean Cruz against GMAC Mortgage, LLC, Experian Information Solutions, Inc.. Nature of Suit: 14 (Recovery of money/property - other) 72 (Injunctive relief - other) 91 (Declaratory judgment) *Adversary proceeding for violating 11 USC 524,b104,rule 7016-2*, Fee Amount $ 0.0 Filed by Michael G. Doan, Pamela Jean Cruz on behalf of Pamela Jean Cruz. (Doan, Michael) (Entered: 01/25/2008) |
| 02/26/2008 | 32 | Motion to Dismiss Case for filed by Angele Motlagh on behalf of Experian Information Solutions, Inc. (Bobis, T.) (Entered: 02/28/2008) |

**PACER Service Center**

**Transaction Receipt**

03/04/2008 11:43:18

| | | | |
|---|---|---|---|
| **PACER Login:** | ww0553 | **Client Code:** | 1353-076 |
| **Description:** | Docket Report | **Search Criteria:** | 07-03493-LA7 Fil or Ent: filed From: 1/1/1979 To: 3/4/2008 Doc From: 0 Doc To: 99999999 Format: HTML |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |