**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF ORANGE** )

I, Patricia Ruby, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1100, Irvine, California 92614-5979.

On April 17, 2008, I served the document(s) described as: **DEFENDANT GMAC MORTGAGE, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM; DECLARATION IN SUPPORT THEREOF [FRCP 12(b)(6)]** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:

☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☐ **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Irvine, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

☐ **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

☐ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☐ **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on April 17, 2008, at Irvine, California.

Patricia Ruby

Patricia Ruby

**SERVICE LIST**
**United States Bankruptcy Court – Southern District –**
**Bankruptcy Case No. 07-03493-LA7**
**Adversary Case No. 08-90031-LA**
**In re Pamela Jean Cruz, Debtor, Pamela Jean Cruz v. GMAC Mortgage**
**W&W File No. 1353-076**
**[Revised: March 6, 2008]**

| | |
|---|---|
| Angele Motlagh<br>JONES DAY<br>3 Park Plaza, Suite 1100<br>Irvine, CA 92614-2592 | Attorney for Experian Information Solutions |
| Michael G. Doan, Esq.<br>DOAN LAW FIRM<br>2850 Pio Pico Drive, Suite D<br>Carlsbad, CA 92008 | Attorney for Plaintiff |