**Stuart B. Wolfe, Esq. (SBN 156471)**
**emschiffer@wolfewyman.com**
**Yaron Shaham, Esq. (SBN 217192)**
**yshaham@wolfewyman.com**
**WOLFE & WYMAN LLP**
**5 Park Plaza, Suite 1100**
**Irvine, California 92614-5979**
**Telephone: (949) 475-9200**
**Facsimile: (949) 475-9203**

**Attorneys for**
**DEFENDANT GMAC MORTGAGE, LLC**

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

PAMELA JEAN CRUZ,

Plaintiff,

v.

GMAC MORTGAGE, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and Does 1 through 10 Inclusive,

Defendants.

Case No. 3:08-cv-00474-LAB-JMA

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF PAMELA JEAN CRUZ'S COMPLAINT PURSUANT TO FRCP 12(b)(6)**

Date: June 16, 2008
Time: 11:15 a.m.
Place: Courtroom 9, 2nd Floor
940 Front Street
San Diego, CA 92101

**TO THE HONORABLE LARRY ALAN BURNS, UNITED STATES DISTRICT COURT JUDGE, PLAINTIFF PAMELA JEAN CRUZ, PLAINTIFF'S COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on June 16, 2008, at 11:15 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9 of the above-entitled Court, Defendant GMAC Mortgage, LLC ("GMACM") will move (the "Motion") the Court for a dismissal of the Plaintiff's Complaint with respect to GMACM only, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

Specifically, this Motion is made on the grounds that the Plaintiff's Complaint fails to state a cause of action for which relief can be granted. As to Cause of Actions Nos. 1 and 2, the Plaintiff's fails to include necessary facts within his allegations. On or about April 2, 2007, GMACM transferred the servicing rights to the subject loan and no longer made any credit agency reports thereafter. With respect to Cause of Action No. 3, there is no malice or willful intent as GMACM stopped servicing the subject loan prior to the Plaintiff's bankruptcy filing and stopped reporting to Defendant Experian Information Solutions, Inc. ("Experian") pre-bankruptcy petition (i.e., pre-petition). Finally, as to Cause of Action No. 4, no actual controversy exists as GMACM stopped servicing the subject loan pre-petition, stopped making contact with Experian pre-petition, and informed the Plaintiff that a new entity would be charged with servicing the subject loan in April 2007.

This Motion is based this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the pleadings and papers on file herein, and upon such oral argument and evidence as may be presented at the hearing on the Motion.

DATED: April 17, 2008

WOLFE & WYMAN LLP

By: Yaron Shaham

STUART B. WOLFE
YARON SHAHAM
Attorneys for Defendant
**GMAC MORTGAGE, LLC**

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW