Angele Motlagh (SBN 228588)
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail: amotlagh@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JEAN CRUZ,<br>Plaintiffs,<br>v.<br>GMAC MORTGAGE GROUP, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10, Inclusive,<br>Defendants. | CASE NO. 08 CV 0474 LAB JMA<br><br>DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT |

1. In response to paragraph 1 of the Complaint, Experian Information Solutions, Inc. ("Experian") states that the allegations contained in paragraph 1 are legal conclusions and/or arguments not subject to admission or denial. To the extent that paragraph 1 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

2. In response to paragraph 2 of the Complaint, Experian states that the allegations contained in paragraph 2 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 2 contains any allegation that requires an admission or denial, Experian does not have knowledge or information

sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

3. In response to paragraph 3 of the Complaint, Experian states that the allegations contained in paragraph 3 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 3 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

4. In response to paragraph 4 of the Complaint, Experian states that the allegations contained in paragraph 4 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 4 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

5. In response to paragraph 5 of the Complaint, Experian states that the allegations contained in paragraph 5 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 5 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

6. In response to paragraph 6 of the Complaint, Experian states that the allegations contained in paragraph 6 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 6 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

7. In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of

the allegations contained therein and, on that basis, denies each and every such allegation.

8. In response to paragraph 8 of the Complaint, Experian states that the allegations contained in paragraph 8 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 8 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

9. In response to paragraph 9 of the Complaint, Experian states that the allegations contained in paragraph 9 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 9 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

10. In response to paragraph 10 of the Complaint, Experian states that the allegations contained in paragraph 10 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 10 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

11. In response to paragraph 11 Experian states that this is a legal conclusion which is not subject to denial or admission.

12. In response to paragraph 12 of the Complaint, states that this is a legal conclusion which is not subject to denial or admission.

13. In response to paragraph 13 of the Complaint, Experian states that this is a legal conclusion which is not subject to denial or admission.

14. In response to paragraph 14 of the Complaint, Experian states that this is a legal conclusion which is not subject to denial or admission. To the extent that

paragraph 14 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

15. In response to paragraph 15 of the Complaint, Experian states that the allegations contained in paragraph 15 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 15 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

16. In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

17. In response to paragraph 17 of the Complaint, Experian states that the allegations contained in paragraph 17 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 17 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

18. In response to paragraph 18 of the Complaint, Experian admits that Experian is an Ohio corporation, authorized to do business in California.

19. In response to paragraph 19 of the Complaint, Experian states that the allegations contained in paragraph 19 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 19 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

20. In response to paragraph 20 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian further, denies that any DOE acted as principal or agent of Experian or that Experian acted as a principal or agent of GMAC. As to the allegations relating wholly to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 20 of the Amended Complaint.

21. In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

23. In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

25. In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

26. In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

27. In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

28. In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

29. In response to paragraph 29 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations relating to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation in paragraph 29.

30. In response to paragraph 30 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

31. In response to paragraph 31 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

32. In response to paragraph 32 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

////

33. In response to paragraph 33 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

34. In response to paragraph 34 of the Complaint, Experian states that the allegations contained in paragraph 34 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 34 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained therein and, on that basis, denies each and every such allegation.

**FIRST CAUSE OF ACTION: GMAC**

[VIOLATION OF 11 U.S.C. §1681 OF THE FCRA]

35. In response to paragraph 35 of the Complaint, Experian hereby incorporates by reference paragraphs 1 through 34 as though fully set forth herein.

36. In response to paragraph 36 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

37. In response to paragraph 37 of the Complaint, Experian states that the allegations contained in paragraph 37 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 37 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

38. In response to paragraph 38 of the Complaint, Experian states that the allegations contained in paragraph 38 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 38 contains any

allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

39. In response to paragraph 39 of the Complaint, Experian states that the allegations contained in paragraph 39 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 39 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

40. In response to paragraph 40 of the Complaint, Experian states that the allegations contained in paragraph 40 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 38 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

41. In response to paragraph 41 of the Complaint, Experian states that the allegations contained in paragraph 41 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 41 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis,

denies each and every such allegation.

## SECOND CAUSE OF ACTION: EXPERIAN

[VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA]

42. In response to paragraph 42 of the Complaint, Experian hereby incorporates by reference paragraphs 1 through 41 as though fully set forth herein.

43. In response to paragraph 43 of the Complaint, Experian states that the allegations contained in paragraph 43 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 43 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

44. In response to paragraph 44 of the Complaint, Experian states that the allegations contained in paragraph 44 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 44 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

45. In response to paragraph 45 of the Complaint, Experian states that the allegations contained in paragraph 45 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 45 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to

the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

46. In response to paragraph 46 of the Complaint, Experian states that the allegations contained in paragraph 46 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 46 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

47. In response to paragraph 47 of the Complaint, Experian states that the allegations contained in paragraph 47 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 47 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

**THIRD CAUSE OF ACTION: GMAC**

[DEFAMATION]

48. In response to paragraph 48 of the Complaint, Experian hereby incorporates by reference paragraphs 1 through 47 as though fully set forth herein.

49. In response to paragraph 49 of the Complaint, Experian states that the allegations contained in paragraph 49 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 49 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.

Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

50. In response to paragraph 50 of the Complaint, Experian states that the allegations contained in paragraph 50 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 50 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

51. In response to paragraph 51 of the Complaint, Experian states that the allegations contained in paragraph 51 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 51 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

52. In response to paragraph 52 of the Complaint, Experian states that the allegations contained in paragraph 52 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 52 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

////

53. In response to paragraph 53 of the Complaint, Experian states that the allegations contained in paragraph 53 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 53 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

54. In response to paragraph 54 of the Complaint, Experian states that the allegations contained in paragraph 54 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 54 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

## FOURTH CAUSE OF ACTION: GMAC

[DECLARATORY RELIEF]

55. In response to paragraph 55 of the Complaint, Experian hereby incorporates by reference paragraphs 1 through 54 as though fully set forth herein.

56. In response to paragraph 56 of the Complaint, Experian states that the allegations contained in paragraph 56 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 56 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis,

denies each and every such allegation.

57. In response to paragraph 57 of the Complaint, Experian states that the allegations contained in paragraph 57 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 57 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

58. In response to paragraph 58 of the Complaint, Experian states that the allegations contained in paragraph 58 are legal theories and/or arguments not subject to admission or denial. To the extent that paragraph 58 contains any allegation that requires an admission or denial, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations involving other defendants, and on that basis, denies each and every such allegation.

## FIRST CAUSE OF ACTION: EXPERIAN

[VIOLATIONS OF 15 USC §1681 OF THE FCRA]

59. In response to paragraph 59 of the Complaint, Experian hereby incorporates by reference paragraphs 1 through 58 as though fully set forth herein.

60. In response to paragraph 60 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 60 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 60 and, on that basis, denies each such allegation.

61. In response to paragraph 61 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 61 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 61 and, on that basis, denies each such allegation.

62. In response to paragraph 62 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 62 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 62 and, on that basis, denies each such allegation.

63. In response to paragraph 63 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 63 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 63 and, on that basis, denies each such allegation.

64. In response to paragraph 64 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 64 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 64 and, on that basis, denies each such allegation.

////

////

////

////

**SECOND CAUSE OF ACTION: EXPERIAN**
[VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA]

65. In response to paragraph 65 of the Complaint, Experian hereby incorporates by reference paragraphs 1 through 64 as though fully set forth herein.

66. In response to paragraph 66 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 66 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 66 and, on that basis, denies each such allegation.

67. In response to paragraph 67 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 67 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 67 and, on that basis, denies each such allegation.

68. In response to paragraph 68 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 68 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 68 and, on that basis, denies each such allegation.

69. In response to paragraph 69 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 69 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 69 and, on that basis, denies each such allegation.

70. In response to paragraph 70 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 70 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 70 and, on that basis, denies each such allegation.

## THIRD CAUSE OF ACTION: EXPERIAN

[VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA]

71. In response to paragraph 71 of the Complaint, Experian hereby incorporates by reference paragraphs 1 through 70 as though fully set forth herein.

72. In response to paragraph 72 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 72 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 72 and, on that basis, denies each such allegation.

73. In response to paragraph 73 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 73 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 73 and, on that basis, denies each such allegation.

74. In response to paragraph 74 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 74 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in

paragraph 74 and, on that basis, denies each such allegation.

**FOURTH CAUSE OF ACTION: EXPERIAN**

[VIOLATION OF 15 U.S.C. § 1681 OF THE FCRA]

75. In response to paragraph 75 of the Complaint, Experian hereby incorporates by reference paragraphs 1 through 74 as though fully set forth herein.

76. In response to paragraph 76 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 76 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 76 and, on that basis, denies each such allegation.

77. In response to paragraph 77 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 77 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 77 and, on that basis, denies each such allegation.

78. In response to paragraph 78 of the Complaint, Experian states that the allegations contained therein are legal conclusions and/or argument not subject to admission or denial. To the extent that paragraph 78 contains any allegation that requires an admission or denial, Experian does not have knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 78 and, on that basis, denies each such allegation.

////

////

////

////

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(FAILURE TO STATE A CLAIM)**

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

**SECOND AFFIRMATIVE DEFENSE**

**(IMMUNITY)**

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

**THIRD AFFIRMATIVE DEFENSE**

**(TRUTH/ACCURACY OF INFORMATION)**

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

**FOURTH AFFIRMATIVE DEFENSE**

**(INDEMNIFICATION)**

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

**FIFTH AFFIRMATIVE DEFENSE**

**(FAILURE TO MITIGATE DAMAGES)**

Plaintiff has failed to mitigate her damages.

**SIXTH AFFIRMATIVE DEFENSE**

**(LACHES)**

The Complaint and each claim for relief therein is barred by laches.

////

////

**SEVENTH AFFIRMATIVE DEFENSE**

**(CONTRIBUTORY/COMPARATIVE FAULT)**

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff herself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

**EIGHTH AFFIRMATIVE DEFENSE**

**(ESTOPPEL)**

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

**NINTH AFFIRMATIVE DEFENSE**

**(STATUTE OF LIMITATIONS)**

Experian is informed and believes and thereon alleges that all claims for relief in the Complaint herein are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

**TENTH AFFIRMATIVE DEFENSE**

**(CONTRACT)**

Plaintiff is barred by contract from asserting any of her alleged claims against Experian.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(UNCLEAN HANDS)**

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

**TWELFTH AFFIRMATIVE DEFENSE**

Experian is informed and believes and thereon alleges that any damages plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of independent intervening causes.

## THIRTEENTH AFFIRMATIVE DEFENSE

## (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses as such time and to such extent as warranted by discovery and the factual developments in this case.

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1) That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) For costs of suit [and attorneys' fees] herein incurred; and

(3) For such other and further relief as the Court may deem just and proper.

Dated: April 23 2008

JONES DAY

By: ______________________
Angele Motlagh

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

**CERTIFICATE OF SERVICE**

I, Stephanie A. Crisp, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On April 23, 2008, I served a copy of the DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT by electronic transmission.

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Michael G. Doan, Esq.
DOAN LAW FIRM, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
mike@doanlaw.com

*Attorneys for Plaintiff*
*Pamela Jean Cruz*

Yaron Shaham
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
yshaham@wolfewyman.com

*Attorneys for Defendant*
*GMAC Mortgage LLC*

Executed on April 23, 2008, at Irvine, California.

*/s/ Stephanie A.* Crisp
Stephanie A. Crisp