UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JEAN CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE LLC, et al.,<br><br>Defendants. | Case No. 08-CV-0474-LAB (JMA)<br><br>**ORDER FOLLOWING FILING OF ANSWER** |

Plaintiff has filed a Complaint for violations of the Fair Credit Reporting Act and for defamation. There are two named defendants in this case. Defendant GMAC Mortgage, LLC filed a Motion to Dismiss the Complaint April 17, 2008, which is scheduled to be heard by Judge Burns on June 16, 2008. See Doc. Nos. 4 & 5. Defendant Experian Information Solutions, Inc. filed an Answer on April 23, 2008. See Doc. No. 6.

Generally, in a civil case, the Court will convene an Early Neutral Evaluation Conference within forty-five (45) days of the filing of an answer. See Civ. L.R. 16.1 c.1. However, because of the pendency of Defendant GMAC Mortgage, LLC’s Motion to

Dismiss, the Court will defer holding an Early Neutral Evaluation Conference at this time. See Civ. L.R. 1.1 d.

**IT IS SO ORDERED.**

DATED: April 24, 2008

Jan M. Adler
U.S. Magistrate Judge