# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

PAMELA JEAN CRUZ,

Plaintiff,

vs.

GMAC MORTGAGE LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10 Inclusive,

Defendants.

CASE NO. 08cv0474-LAB (JMA)

**ORDER GRANTING DEFENDANT GMAC MORTGAGE'S UNOPPOSED MOTION TO DISMISS**

[Dkt No. 5]

This matter is before the court on defendant GMAC Mortgage LLC's ("GMAC") Motion To Dismiss for failure to state a claim pursuant to FED.R.CIV.P. 12(b)(6) ("Motion") in this action for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq.* and for Defamation contending, as to the moving defendant, failure to conduct a proper investigation of plaintiff's dispute filed with the credit reporting agency defendant and for allegedly verifying false information about her to various third parties. Plaintiff Pamela Jean Cruz ("Cruz"), proceeding through counsel, filed no Opposition to the Motion. Pursuant to Civil Local Rule 7.1(f)(3), the court construes the failure to oppose the Motion as a consent to the granting of the Motion. In addition, having reviewed the merits of GMAC's Motion, the court finds Cruz has failed to state a claim against GMAC because that defendant demonstrates it transferred to a different company the servicing rights on the subject loan nearly one year before Cruz filed her March 14, 2008 Complaint and had made no reports to any credit agencies about the loan after March 2007.

For all the foregoing reasons, **IT IS HEREBY ORDERED** GMAC's Motion is **GRANTED**, and GMAC is dismissed as a defendant from this action. With respect to GMAC's request for attorneys' fees and sanctions, the court will consider any such relief only if presented as a separate noticed motion. **IT IS FURTHER ORDERED** the Motion hearing presently scheduled for June 16, 2008 is ***off-calendar*** as moot.

**IT IS SO ORDERED**.

DATED: 6-10-08

**HONORABLE LARRY ALAN BURNS**
United States District Judge