Angele Motlagh (SBN 228588)
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
E-mail: amotlagh@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JEAN CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE GROUP, INC., EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 08 CV 0474 LAB (JMA)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

WHEREAS, Plaintiff Pamela Jean Cruz and Defendant Experian Information Solutions, Inc. ("Experian") have reached a resolution of this action:

THE PARTIES DO AND HEREBY STIPULATE THAT, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this matter be dismissed with prejudice in its entirety with regards to Defendant Experian. Each side shall bear their own attorneys' fees and costs incurred herein.

SO STIPULATED.

Dated: June 13, 2008

DOAN, LEVINSON & LILJEGREN LLP

By: Michael G. Doan

Attorneys for Plaintiff
PAMELA JEAN CRUZ

Dated: June 12, 2008

JONES DAY

By: Angele Motlagh

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, Yvette Barba, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On June 13, 2008, I served a copy of the STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. by electronic transmission.

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Michael G. Doan, Esq.
DOAN LAW FIRM, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
mike@doanlaw.com

*Attorneys for Plaintiff*
*Pamela Jean Cruz*

Yaron Shaham
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
yshaham@wolfewyman.com

*Attorneys for Defendant*
*GMAC Mortgage LLC*

Executed on June 13, 2008, at Irvine, California.

*/s/ Yvette Barba*
Yvette Barba