# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

PAMELA JEAN CRUZ,

Plaintiff,

vs.

GMAC MORTGAGE LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 through 10 Inclusive,

Defendants.

CASE NO. 08cv0474-LAB (JMA)

**ORDER DISMISSING ACTION WITH PREJUDICE**

[Dkt No. 9]

Pursuant to the joint motion of plaintiff Pamela Jean Cruz and remaining defendant Experian Information Solutions, Inc. to dismiss that defendant, and for good cause shown, **IT IS HEREBY ORDERED** the joint motion is **GRANTED**, disposing of all parties and all claims with prejudice, terminating this action in its entirety.

**IT IS SO ORDERED**.

DATED: June 17, 2008

HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE